UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MICHAEL MCLAUGHLIN, LLC
72 WEST END AVENUE
SOMERVILLE, NJ 08876
Phone (908) 393-0890
Fax (908) 393-1864
Counsel for Debtor

**Order Filed on August 29, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

CHARLES D. and OLINDA N. WHITAKER,

                               Debtor.

Case No.: _____19-19544_____

Chapter: _____13_____

Judge: _____Michael B. Kaplan_____

## ORDER AUTHORIZING RETENTION OF

___REBENACK, ARONOW & MASCOLO, LLP___

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Rebenack, Aronow & Mascolo, LLP___

as _____Special Counsel to Debtors_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   111 Livingston Ave.

    New Brunswick, NJ  08901

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*