UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Charles D. Whitaker Olinda N. Whitaker<br>Debtors. | Case No.: 19-19544 (MBK)<br>Chapter: 13<br>Judge: Michael B. Kaplan |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Charles and Olinda Whitaker, Debtors, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:** Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on October 27, 2021 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ  08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** The Debtors, at the time of the filing of the Chapter 13 case, were Plaintiffs in a pending personal injury action, Charles & Olinda Whitaker v. South Brunswick Shopping Plaza et al., MID-L-1649-19. Charles Whitaker suffered an injury when he slipped and fell on the premises of Defendant, South Brunswick Shopping Center. His wife, Olinda Whitaker, is a co-plaintiff as to a Per Quod claim. The firm of, Rebenack Aronow & Mascolo LLP were retained as special counsel by Court Order dated August 29, 2019 to pursue the claims against Defendants.

**Pertinent terms of settlement:** The Debtors have agreed to settle the claims for a total of $225,000.00 allocated $185,000.00 to Charles Whitaker and $40,000.00 to Olinda Whitaker. The recovery is subject to a federal third party workers' compensation lien held by the U.S. Department of Labor for $52,057.68, anticipated counsel fees of $72,993.67 calculated as 1/3 contingency fee on net settlement proceeds to special counsel Rebenack Aronow & Mascolo and reimbursable expenses

of $6,017.98, and the Debtors' exemptions. Per the terms of the Debtors' confirmed Plan, net proceeds after payment of Debtor's exemptions are to be dedicated to payment of creditor claims. The net settlement proceeds paid to the Chapter 13 Trustee Albert Russo will increase the distribution to creditors pursuant to the Debtors' Confirmed Plan. The Debtors and their counsel believe the settlement offer is fair and reasonable given the risks and costs of the litigation.

Objections must be served on, and requests for additional information directed to:

Name:       Michael McLaughlin, Esq., Law Offices of Michael McLaughlin LLC_

Address:    72 West End Ave., Somerville, NJ  08876_

Telephone No.: 908-393-0890_

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Charles D Whitaker  
Olinda N. Whitaker  
    Debtors

Case No. 19-19544-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 24, 2021      Form ID: pdf905      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D Whitaker, Olinda N. Whitaker, PO Box 6414, Somerset, NJ 08875-6414 |
| sp | + | Rebenack, Aronow & Mascolo, LLP, 111 Livingston Avenue, New Brunswick, NJ 08901-2411 |
| 518237640 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518237641 | | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518335153 | | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 518289538 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518237643 | + | Brandi D. Nosovsky, 4027 Madina Ct, Pfafftown, NC 27040-9835 |
| 518237645 | | Capital One/Lord & Taylor, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 518237648 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518237651 | | Hilton Grand Vacations, Assoc. Management, PO box 402705, Atlanta, GA 30384-2705 |
| 518237652 | + | Hilton Resorts Corporation, 6355 Metrowest Blvd, Suite 180, Orlando, FL 32835-7606 |
| 518293453 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518237653 | + | Keith R. Esposito, Esq., Lyons Doughty & Veldhuis, PC, 136 Gaither Dr., Suite 100, Mount Laurel, NJ 08054-2239 |
| 518318892 | + | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 518237661 | + | Portfolio Services, 6355 Metrowest blvd, Orlando, FL 32835-6433 |
| 518237662 | | Princeton Orthopaedic Assoc II PA, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518237665 | + | Reydel Volkswagen, Inc., PO Box 853, Edison, NJ 08818-0853 |
| 518237666 | | Richard Eichenbaum, Esq., Selip & Stylianou LLP, 10 Forest Ave, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237668 | + | Rothman & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 518237669 | + | Rubin & Rothman, LLC., 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518237674 | | USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518237642 | | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:08 | BP/SYNCB, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518237657 | | Email/Text: BankruptcyNotices@aafes.com | Sep 24 2021 20:29:00 | Military Star, P.O. Box 650410, Dallas, TX 75265-0410 |
| 518346488 | | Email/Text: BankruptcyNotices@aafes.com | Sep 24 2021 20:29:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX |

Case 19-19544-MBK    Doc 35    Filed 09/26/21    Entered 09/27/21 00:15:50    Desc Imaged
                                 Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf905 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 75236 |
| 518237644 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 20:44:15 | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518358941 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 20:44:04 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518237647 | + | Email/Text: mediamanagers@clientservices.com | Sep 24 2021 20:29:00 | Client Services Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 518237649 | + | Email/Text: kthompson@crownasset.com | Sep 24 2021 20:29:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 518237655 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 20:44:20 | Macy's, PO Box 8053, Mason, OH 45040 |
| 518358940 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518237650 | + | Email/Text: bankruptcy@affglo.com | Sep 24 2021 20:30:00 | Global Credit Collection Corp, 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518237646 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 24 2021 20:44:15 | Chase, Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518237654 | | Email/Text: camanagement@mtb.com | Sep 24 2021 20:29:00 | M&T Bank, Customer Support, PO Box 900, Millsboro, DE 19966 |
| 518237656 | + | Email/Text: M74banko@daimler.com | Sep 24 2021 20:30:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518237658 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 20:29:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 518350286 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 20:29:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518237659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:02 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518358667 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:02 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518357165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:02 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518237660 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:17 | Portfolio Recovery Services, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 518237663 | | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:14 | QCard/Synchrony Bank, Attn: Bankruptcy Dept, PO box 965060, Orlando, FL 32896-5060 |
| 518237664 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 24 2021 20:30:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 518314028 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 24 2021 20:30:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518237669 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 24 2021 20:29:00 | Rubin & Rothman, LLC., 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518237670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 20:44:20 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518237671 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 20:44:11 | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 518351299 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518238801 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 19-19544-MBK    Doc 35    Filed 09/26/21    Entered 09/27/21 00:15:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf905 | Total Noticed: 50 |

| 518237673 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:16 | 23541-1021<br>Synchrony Bank/JC Penney, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518237667 | * | Richard Eichenbaum, Esq., Selip & Stylianou, LLP, 10 Forest Ave., Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237672 | ##+ | SRA Associates, LLC, 401 Minnetonka Rd, Hi Nella, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael McLaughlin | on behalf of Debtor Charles D Whitaker mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Joint Debtor Olinda N. Whitaker mmclaughlin@mmcllaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6