Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19544−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles D Whitaker | Olinda N. Whitaker |
| PO Box 6414 | PO Box 6414 |
| Somerset, NJ 08875 | Somerset, NJ 08875 |

Social Security No.:
  xxx−xx−4731                                              xxx−xx−1516

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/8/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Rebenack, Aronow & Mascolo, LLP, Special Counsel

COMMISSION OR FEES
fee: $72993.00

EXPENSES
expenses: $6017.18

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 5, 2021
JAN:

Jeanne Naughton
Clerk

Case 19-19544-MBK    Doc 45    Filed 11/07/21    Entered 11/07/21 23:18:00    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
Charles D Whitaker  
Olinda N. Whitaker  
    Debtors

Case No. 19-19544-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 05, 2021 | Form ID: 137 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D Whitaker, Olinda N. Whitaker, PO Box 6414, Somerset, NJ 08875-6414 |
| sp | + | Rebenack, Aronow & Mascolo, LLP, 111 Livingston Avenue, New Brunswick, NJ 08901-2411 |
| 518237640 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518237641 | | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518335153 | | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 518289538 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518237643 | + | Brandi D. Nosovsky, 4027 Madina Ct, Pfafftown, NC 27040-9835 |
| 518237645 | | Capital One/Lord & Taylor, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 518237648 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518237651 | | Hilton Grand Vacations, Assoc. Management, PO box 402705, Atlanta, GA 30384-2705 |
| 518237652 | + | Hilton Resorts Corporation, 6355 Metrowest Blvd, Suite 180, Orlando, FL 32835-7606 |
| 518293453 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518237653 | + | Keith R. Esposito, Esq., Lyons Doughty & Veldhuis, PC, 136 Gaither Dr., Suite 100, Mount Laurel, NJ 08054-2239 |
| 518318892 | + | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 518237661 | + | Portfolio Services, 6355 Metrowest blvd, Orlando, FL 32835-6433 |
| 518237662 | | Princeton Orthopaedic Assoc II PA, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518237665 | + | Reydel Volkswagen, Inc., PO Box 853, Edison, NJ 08818-0853 |
| 518237666 | | Richard Eichenbaum, Esq., Selip & Stylianou LLP, 10 Forest Ave, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237668 | + | Rothman & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 518237674 | | USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518237642 | | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:10 | BP/SYNCB, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518237657 | | Email/Text: BankruptcyNotices@aafes.com | Nov 05 2021 20:23:00 | Military Star, P.O. Box 650410, Dallas, TX 75265-0410 |
| 518346488 | | Email/Text: BankruptcyNotices@aafes.com | Nov 05 2021 20:23:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |

Case 19-19544-MBK    Doc 45    Filed 11/07/21    Entered 11/07/21 23:18:00    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 137 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 518237644 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2021 20:35:10 | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518358941 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:15 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518237647 | + | Email/Text: mediamanagers@clientservices.com | Nov 05 2021 20:23:00 | Client Services Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 518237649 | + | Email/Text: kthompson@crownasset.com | Nov 05 2021 20:24:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 518237655 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:38 | Macy's, PO Box 8053, Mason, OH 45040 |
| 518358940 | | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2021 20:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518237650 | + | Email/Text: bankruptcy@affglo.com | Nov 05 2021 20:24:00 | Global Credit Collection Corp, 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518237646 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 20:35:34 | Chase, Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518237654 | | Email/Text: camanagement@mtb.com | Nov 05 2021 20:24:00 | M&T Bank, Customer Support, PO Box 900, Millsboro, DE 19966 |
| 518237656 | + | Email/Text: M74banko@daimler.com | Nov 05 2021 20:24:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518237658 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 518350286 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518237659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2021 20:35:13 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518358667 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2021 20:35:12 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518357165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2021 20:35:37 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518237660 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2021 20:35:36 | Portfolio Recovery Services, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 518237663 | | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:11 | QCard/Synchrony Bank, Attn: Bankruptcy Dept, PO box 965060, Orlando, FL 32896-5060 |
| 518237664 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 05 2021 20:24:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 518314028 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 05 2021 20:24:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518237669 | + | Email/Text: bankruptcy@rubinrothman.com | Nov 05 2021 20:23:00 | Rubin & Rothman, LLC., 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518237670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:15 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518237671 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:28 | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 518351299 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518238801 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 518237673 | + Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:10 | Synchrony Bank/JC Penney, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518237667 | * | Richard Eichenbaum, Esq., Selip & Stylianou, LLP, 10 Forest Ave., Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237672 | ##+ | SRA Associates, LLC, 401 Minnetonka Rd, Hi Nella, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael McLaughlin | on behalf of Spec. Counsel Rebenack Aronow & Mascolo, LLP mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Debtor Charles D Whitaker mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Joint Debtor Olinda N. Whitaker mmclaughlin@mmcllaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7