**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Michael McLaughlin, LLC
72 West End Avenue
Somerville, New Jersey  08876
Attorneys for Charles and Olinda Whitaker
MICHAEL MCLAUGHLIN, ESQ.

In Re:

CHARLES D. WHITAKER and
OLINDA N. WHITAKER,

                Debtor.

Case No.:　　　19-19544(MBK)

Hearing Date:　　December 8, 2021

Judge:　　　Michael B. Kaplan

Chapter:　　　　13

Order Filed on December 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 10, 2021**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rebenack, Aronow & Mascolo, LLP | $72,993.00 | $6,017.98 |

Compensation to special counsel shall be paid outside of Debtors' Confirmed Chapter 13 Plan from settlement proceeds held in law firm's trust account.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19544-MBK |
| Charles D Whitaker | Chapter 13 |
| Olinda N. Whitaker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D Whitaker, Olinda N. Whitaker, PO Box 6414, Somerset, NJ 08875-6414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael McLaughlin | on behalf of Spec. Counsel Rebenack  Aronow & Mascolo, LLP mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Debtor Charles D Whitaker mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Joint Debtor Olinda N. Whitaker mmclaughlin@mmcllaw.com |
| Rebecca Ann Solarz | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7