| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Charles D Whitaker <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4731 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Olinda N. Whitaker <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1516 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-19544-MBK | |

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Charles D Whitaker                                   Olinda N. Whitaker

   4/19/22                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19544-MBK
Charles D Whitaker  Chapter 13
Olinda N. Whitaker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Apr 19, 2022      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D Whitaker, Olinda N. Whitaker, PO Box 6414, Somerset, NJ 08875-6414 |
| sp | + | Rebenack, Aronow & Mascolo, LLP, 111 Livingston Avenue, New Brunswick, NJ 08901-2411 |
| 518237643 | + | Brandi D. Nosovsky, 4027 Madina Ct, Pfafftown, NC 27040-9835 |
| 518237648 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518237651 | | Hilton Grand Vacations, Assoc. Management, PO box 402705, Atlanta, GA 30384-2705 |
| 518237652 | + | Hilton Resorts Corporation, 6355 Metrowest Blvd, Suite 180, Orlando, FL 32835-7606 |
| 518237653 | + | Keith R. Esposito, Esq., Lyons Doughty & Veldhuis, PC, 136 Gaither Dr., Suite 100, Mount Laurel, NJ 08054-2239 |
| 518237661 | + | Portfolio Services, 6355 Metrowest blvd, Orlando, FL 32835-6433 |
| 518237662 | | Princeton Orthopaedic Assoc II PA, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518237665 | + | Reydel Volkswagen, Inc., PO Box 853, Edison, NJ 08818-0853 |
| 518237666 | | Richard Eichenbaum, Esq., Selip & Stylianou LLP, 10 Forest Ave, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237668 | + | Rothman & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518237640 | | EDI: BANKAMER.COM | Apr 20 2022 00:33:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518237642 | | EDI: RMSC.COM | Apr 20 2022 00:33:00 | BP/SYNCB, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518237641 | | EDI: BANKAMER.COM | Apr 20 2022 00:33:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518335153 | | EDI: BANKAMER.COM | Apr 20 2022 00:33:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 518289538 | + | EDI: BANKAMER2.COM | Apr 20 2022 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518237657 | | EDI: AAFES | Apr 20 2022 00:33:00 | Military Star, P.O. Box 650410, Dallas, TX 75265-0410 |
| 518346488 | | EDI: AAFES | Apr 20 2022 00:33:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |
| 518237644 | | EDI: CAPITALONE.COM | Apr 20 2022 00:33:00 | Capital One Bank, N.A., PO Box 30285, Salt Lake |

| | | | | |
|---|---|---|---|---|
| | | | | City, UT 84130-0285 |
| 518237645 | | EDI: CAPITALONE.COM | Apr 20 2022 00:33:00 | Capital One/Lord & Taylor, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 518358941 | + | EDI: CITICORP.COM | Apr 20 2022 00:33:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518237647 | + | Email/Text: mediamanagers@clientservices.com | Apr 19 2022 20:44:00 | Client Services Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 518237649 | + | Email/Text: kthompson@crownasset.com | Apr 19 2022 20:45:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 518237655 | + | EDI: CITICORP.COM | Apr 20 2022 00:33:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 518358940 | | EDI: Q3G.COM | Apr 20 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518237650 | + | Email/Text: bankruptcy@affglo.com | Apr 19 2022 20:45:00 | Global Credit Collection Corp, 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 518237646 | | EDI: JPMORGANCHASE | Apr 20 2022 00:33:00 | Chase, Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 518293453 | + | Email/Text: RASEBN@raslg.com | Apr 19 2022 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518237654 | | Email/Text: camanagement@mtb.com | Apr 19 2022 20:44:00 | M&T Bank, Customer Support, PO Box 900, Millsboro, DE 19966 |
| 518318892 | + | Email/Text: camanagement@mtb.com | Apr 19 2022 20:44:00 | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 518237656 | + | EDI: MERCEDES | Apr 20 2022 00:33:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518237658 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 518350286 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2022 20:44:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 518237659 | | EDI: PRA.COM | Apr 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518358667 | | EDI: PRA.COM | Apr 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518357165 | | EDI: PRA.COM | Apr 20 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518237660 | + | EDI: PRA.COM | Apr 20 2022 00:33:00 | Portfolio Recovery Services, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 518237663 | | EDI: RMSC.COM | Apr 20 2022 00:33:00 | QCard/Synchrony Bank, Attn: Bankruptcy Dept, PO box 965060, Orlando, FL 32896-5060 |
| 518237664 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2022 20:45:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 518314028 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2022 20:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518237669 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 19 2022 20:44:00 | Rubin & Rothman, LLC., 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518237670 | | EDI: CITICORP.COM | Apr 20 2022 00:33:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518237671 | + | EDI: CITICORP.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 20 2022 00:33:00 | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 518351299 | + | EDI: RMSC.COM | | |
| | | | Apr 20 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518238801 | + | EDI: RMSC.COM | | |
| | | | Apr 20 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518237673 | + | EDI: RMSC.COM | | |
| | | | Apr 20 2022 00:33:00 | Synchrony Bank/JC Penney, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 518237674 | | EDI: USAA.COM | | |
| | | | Apr 20 2022 00:33:00 | USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518237667 | * | Richard Eichenbaum, Esq., Selip & Stylianou, LLP, 10 Forest Ave., Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 518237672 | ##+ | SRA Associates, LLC, 401 Minnetonka Rd, Hi Nella, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael McLaughlin | on behalf of Spec. Counsel Rebenack Aronow & Mascolo, LLP mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Debtor Charles D Whitaker mmclaughlin@mmcllaw.com |
| Michael McLaughlin | on behalf of Joint Debtor Olinda N. Whitaker mmclaughlin@mmcllaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 4 of 4
Date Rcvd: Apr 19, 2022     Form ID: 3180W     Total Noticed: 50
TOTAL: 7